TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEREMIAH LEVINE (Cal. Bar No. 288377)
Assistant United States Attorneys
Violent And Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-0141
     E-mail:    Jeremiah.Levine@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-CR-00155-JFW |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DERRICK PATTERSON,<br>  aka "11in,"<br>  aka "11-inches,"<br>  aka "11-inches Hung," | **CURRENT TRIAL DATE:**<br>  June 21, 2022 |
| Defendant. | **PROPOSED TRIAL DATE:**<br>  October 25, 2022 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeremiah Levine, and defendant DERRICK PATTERSON ("defendants"), both individually and by and through his counsel of record, Adithya Mani, hereby stipulate as follows:

1.  The indictment in this case was filed on April 19, 2022. Defendant first appeared before a judicial officer of the court in

which the charges in this case were pending on April 5, 2022.  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 28, 2022.

2.   On April 25, 2022, the Court set a trial date of June 21, 2022.

3.   Defendant is detained pending trial.  The parties estimate that the government's case in chief in this matter will last approximately three days.

4.   By this stipulation, defendant moves to continue the trial date to October 25, 2022, and related deadlines to the following dates:

- Last day for pretrial motions: September 2, 2022;
- Last day for oppositions to pretrial motions: September 16, 2022;
- Last day for replies in support of pretrial motions: September 23, 2022;
- Pretrial conference and motions hearing: October 7, 2022.

5.   This is the first request for a continuance.

6.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act.

7.   Defendant is charged with violations of 18 U.S.C. § 1951(a), Hobbs Act Robbery; 18 U.S.C. § 1344, Bank Fraud; and 18 U.S.C. § 1028A, Aggravated Identity Theft.  The government produced approximately 1,800 pages and other files of discovery to the defense between April 20, 2022, and May 3, 2022.  The discovery consisted of video and audio recordings, as well as reports and images.

8.   Counsel for defendant has the following conflicts:

      a. <u>U.S. v. Stewart</u> (22-CR-028-JAK): Jury Trial Jun. 14, 2022: multi-defendant Hobbs Act robbery case estimated to last 4-6 days;

      b. <u>U.S. v. Richard Gutierrez</u> (21-CR-454-JAK): Jury Trial Jun. 28, 2022: multi-defendant conspiracy and possession with intent to distribute methamphetamine case estimated to last 2-3 days;

      c. <u>U.S. v. Santillan Valencia</u> (21-CR-588-JFW): Jury Trial Aug. 2, 2022: multi-defendant exportation of firearms case estimated to last one week;

      d. <u>U.S. v. Contreras</u> (18-CR-321-PSG): Jury Trial Aug. 4, 2022: possession with intent to distribute methamphetamine case estimated to last 2-3 days;

      e. <u>U.S. v. Arias</u> (21-CR-181-DMG): Jury Trial Sept. 6, 2022: possession and distribution of child pornography case estimated to last 2 days;

      f. <u>U.S. v. Barnett</u> (22-CR-105-ODW): Jury Trial Sept. 13, 2022: multi-defendant conspiracy and felon-in-possession of firearm case estimated to last 2-3 days;

      g. <u>U.S. v. Spencer</u> (22-CR-095-FLA): Jury Trial Oct. 18, 2022: felon-in-possession of firearm case estimated to last 2-3 days.

9. Accordingly, counsel for defendant represents that he is not available and will not have the time that he believes is necessary to prepare to try this case on the current trial date.

10. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for

3

potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      a.    Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

      b.    The government does not object to the continuance.

      c.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorneys for the Government to obtain available witnesses.

    11.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of May 9, 2022, to October 25, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

12. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: May 6, 2022                    Respectfully submitted,

                                      TRACY L. WILKISON
                                      United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                            /s/ *Jeremiah Levine*
                                      JEREMIAH LEVINE
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

I am Derrick Patterson's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022, is an informed and voluntary one.

_____          _____
ADITHYA MANI                             DATE
Attorney for Defendant
Derrick Patterson

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 25, 2022, at 9:00 AM.

_____          _____
DERRICK PATTERSON                        DATE
Defendant